**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1020**

---

ANNAMALIS STOCK,

                                    Plaintiff - Appellant,

        versus

PAUL O'NEILL, Secretary of the Department of
the Treasury,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
01-1529-JFM)

---

Submitted:  March 14, 2002          Decided:  March 26, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Annamalis Stock, Appellant Pro Se.  Thomas Michael DiBiagio, Tawana
Elaine Davis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Annamalis Stock appeals the district court's orders dismissing with prejudice her employment discrimination complaint and denying reconsideration of that order.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Stock v. O'Neill</u>, No. CA-01-1529-JFM (D. Md. Oct. 17 and 31, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>